UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-cv-80155-DMM

HOWARD COHAN,

    Plaintiff,

vs.

SUNSHINE GASOLINE DISTRIBUTORS, INC.,
d/b/a SHELL

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, and the Defendant, SUNSHINE GASOLINE DISTRIBUTORS, INC., d/b/a SHELL (the "Parties") hereby notify the Court that the instant action has settled., The Parties will file within ten (10) days a Joint Stipulation of Dismissal with Prejudice in accordance with the terms of the Settlement Agreement.

RESPECTFULLY SUBMITTED April 30, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Edward S. Polk** |
| Gregory S. Sconzo, Esq. | EDWARD S. POLK |
| Florida Bar No.: 0105553 | Florida Bar No.: 239860 |
| Sconzo Law Office, P.A. | MARC A. RAPAPORT |
| 3825 PGA Boulevard, Suite 207 | Florida Bar No.: 1008359 |
| Palm Beach Gardens, FL 33410 | COLE, SCOTT & KISSANE, P.A. |
| Telephone: (561) 729-0940 | *Counsel for Defendant SUNSHINE GASOLINE* |
| Facsimile: (561) 491-9459 | *DISTRIBUTORS, INC.* |
| Service Email: sconzolaw@gmail.com | Cole, Scott & Kissane Building |
| Email: greg@sconzolawoffice.com | 9150 South Dadeland Boulevard, Suite 1400 |
| Attorney for Plaintiff | P.O. Box 569015 |
| | Miami, Florida 33256 |
| | Telephone (305) 350-5338 |
| | Facsimile (305) 373-2294 |
| | Primary e-mail: edward.polk@csklegal.com |
| | Secondary e-mail: marc.rapaport@csklegal.com |
| | Attorney for Defendant |

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      **/s/ Gregory S. Sconzo**
      **Gregory S. Sconzo, Esq.**