UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 9:20-cv-80155-DMM

vs.

SUNSHINE GASOLINE DISTRIBUTORS, INC.
d/b/a SHELL

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, SUNSHINE GASOLINE DISTRIBUTORS, INC., d/b/a SHELL, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against SUNSHINE GASOLINE DISTRIBUTORS, INC., d/b/a SHELL; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

    RESPECTFULLY SUBMITTED May 7, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Edward S. Polk** |
| Gregory S. Sconzo, Esq. | EDWARD S. POLK |
| Florida Bar No.: 0105553 | Florida Bar No.: 239860 |
| Sconzo Law Office, P.A. | MARC A. RAPAPORT |
| 3825 PGA Boulevard, Suite 207 | Florida Bar No.: 1008359 |
| Palm Beach Gardens, FL 33410 | COLE, SCOTT & KISSANE, P.A. |
| Telephone: (561) 729-0940 | Counsel for Defendant SUNSHINE GASOLINE |
| Facsimile: (561) 491-9459 | DISTRIBUTORS, INC. |
| Service Email: sconzolaw@gmail.com | Cole, Scott & Kissane Building |
| Email: greg@sconzolawoffice.com | 9150 South Dadeland Boulevard, Suite 1400 |
| Attorney for Plaintiff | P.O. Box 569015 |
| | Miami, Florida 33256 |
| | Telephone (305) 350-5338 |

Facsimile (305) 373-2294
Primary e-mail: edward.polk@csklegal.com
Secondary e-mail: marc.rapaport@csklegal.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

   /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**