# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-80081-MIDDLEBROOKS

HOWARD COHAN,

    Plaintiff,

v.

SUNSHINE GASOLINE DISTRIBUTORS, INC.,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice, filed on May 7, 2020. (DE 11). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

(3) This Court will retain jurisdiction to enforce the Settlement Agreement for a period of one (6) months from the date of this Order.

(4) Each party shall bear their own fees and costs, except as provided for in the Parties' Settlement Agreement.

**SIGNED** in Chambers in West Palm Beach, Florida, this 8th day of May, 2020.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE